## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**COMPREHENSIVE HEALTH**
**MANAGEMENT, INC., et al.,**

    **Plaintiffs,**

v.                                                Case No.  8:12-cv-905-T-30AEP

**JASON HALSTEAD, et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiffs' Fee Affidavit of Gregory A. Hearing (Dkt. # 19), Fee Affidavit of Sacha Dyson (Dkt. # 20), Fee Affidavit of Charles J. Thomas (Dkt. #21), and Fee Affidavit of Jeffery L. Patenaude (Dkt. # 22). These affidavits were filed in response to the Court's Order of May 5, 2011, which granted Plaintiffs' request for costs and reasonable attorneys' fees and directed Plaintiff to file affidavits setting forth the amounts requested as a result of the removal to this Court.

The Court finds Mr. Hearing's hourly rate of $325.00 to be reasonable and finds 5.6 hours of Mr. Hearing's time to be reasonable, therefore approving $1,820.00 of Mr. Hearing's attorney's fees. The Court finds Ms. Dyson's hourly rate of $265.00 to be reasonable and finds 6 hours of Ms. Dyson's time to be reasonable, therefore approving $1,590.00 of Ms. Dyson's attorney's fees. Additionally, the Court finds $113.50 in costs for copies to be reasonable expenses.

It is therefore ORDERED AND ADJUDGED that the Clerk is directed to enter a JUDGMENT FOR ATTORNEY'S FEES AND COSTS in favor of Plaintiffs, Comprehensive Health Management, Inc., Wellcare of Florida, Inc., and Healthcare of Florida, Inc., and against Defendants, Jason Halstead and Universal Health Care, Inc., in the amount of **$3,523.50**.

**DONE** and **ORDERED** in Tampa, Florida on August 24, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2012\12-cv-905.attyfeesaward.frm